IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>WILLIAM FREDERICK BEALS | CRIMINAL CASE NO.<br>1:23-MJ-00213-GMH-1 |

<u>NOTICE OF FILING LEAVE OF ABSENCE</u>

Rebecca Shepard of the Federal Defender Program, Inc. herein files this notice of filing leave of absence.  I respectfully request that the Court not schedule any court appearances for the following dates.  Your consideration is greatly appreciated.

1. September 18, 2023, through and including September 22, 2023
2. December 21, 2023, through and including December 28, 2023

Dated: This 7th day of September, 2023.

                                                 Respectfully Submitted,

                                                 <u>/s/ Rebecca Shepard</u>
                                                 Rebecca Shepard
                                                 Georgia Bar No. 780692
                                                 Attorney for Mr. Beals

Federal Defender Program, Inc.
Centennial Tower, Suite 1500
Atlanta, Georgia 30303
(404) 688-7530; Fax (404) 688-0768
Rebecca_Shepard@fd.org

CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice of Filing Leave of Absence has been formatted in Times New Roman 14 pt., in accordance with Local Rule 5.1B, and was electronically filed this day with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following counsel of record:

>Cytheria D. Jernigan, Esq.
>Assistant United States Attorney
>U.S. Attorney's Office
>601 D Street, N.W.
>Washington, DC 20004

Dated: This 7th day of September, 2023.

>*/s/ Rebecca Shepard*
>Rebecca Shepard
>Attorney for Mr. Beals

Federal Defender Program, Inc.
Centennial Tower, Suite 1500
Atlanta, Georgia 30303
(404) 688-7530; Fax (404) 688-0768
Rebecca_Shepard@fd.org